UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

|  |  |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST<br><br>PLAINTIFF<br><br>v.<br><br>KATHLEEN M. KEEFER, EDWARD KEEFER AND STEPHEN R. CHAPMAN<br><br>DEFENDANTS | CIVIL ACTION NO: |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust, by and through its attorneys, Bendett & McHugh, P.C., files the following Corporate Disclosure Statement pursuant to Local Rule of Civil Procedure 7.1:

1. U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title is owned by the parent company U.S. Bancorp.

2. No other entity owns more than 10% of U.S. Bank National Association as Legal

1

Title Trustee for Truman 2016 SC6 Title Trust.

Respectfully submitted,

U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust

By its Attorneys,

BENDETT & MCHUGH, P.C.

Dated: April 11, 2019            By: /s/ Carly J. Traub, Esq.
                                     Carly J. Traub, Esq.
                                     Maine Bar No. 5612
                                     Attorney for Plaintiff
                                     Bendett & McHugh, PC
                                     30 Danforth Street, Suite 104
                                     Portland ME, 04101
                                     (207) 517-8921
                                     ctraub@bmpc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

/s/ Carly J. Traub
Carly J. Traub, Esq.
Maine Bar No. 5612