UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST | ) ) ) ) | |
| v. | ) ) ) | CIVIL NO. 1:19-cv-00155-JDL |
| KATHLEEN M. KEEFER, et al. | ) | |

## ORDER TO SHOW CAUSE

The record in this matter reflects that more than 90 days have expired since the filing of the complaint and that service of process remains to be accomplished on defendants.

Now therefore, pursuant to Fed. R. Civ. P. 4(m), the plaintiff shall show good cause in writing no later than July 25, 2019 why such service was not timely made, failing which the complaint shall be dismissed.

                                          Jon D. Levy
                                          Chief U.S. District Judge


                                        By: /s/ Teagan Snyder
                                              Deputy Clerk

Dated this 11th day of July, 2019